JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROYAL PRINTEX, INC.,

Plaintiff,

v.

BONANZA.COM, INC., *et al.*,

Defendants.

Case No.:  2:16-cv-09643-SJO-JEM
*Hon. S. James Otero Presiding*

**JUDGMENT AGAINST SUNNY BEE FASHION, INC.**

Date: July 3, 2016
Time: 10:00 a.m.
Courtroom: 10C – First Street

FOR GOOD CAUSE APPEARING, AND FOR THE REASONS STATED IN THE ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT, THE COURT ORDERS:

That a Judgment in the amount of $3,900 is hereby ENTERED against SUNNY BEE FASHION, INC. and in favor of ROYAL PRINTEX, INC. along with interest in the amount prescribed by statute.

IT IS SO ORDERED.

Date July 3, 2017          By:  _____

Honorable S. James Otero
United States District Judge